

| Case | Number | Date | Judge | Disposition |
|------|--------|------|-------|-------------|
| Dowell v. State ................ | 09A04–1601–CR–23 | 12/30/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Reid v. State ................... | 49A02–1603–CR–429 | 12/30/2016 | GARRARD, Sr.J.<br><br><br>BAILEY, J.<br>ALTICE, J. | Affirmed in part, Reversed and Remanded in part with instructions<br>Concurs<br>Concurs |
| Sallee v. State ................. | 34A02–1606–CR–1341 | 12/30/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Myers v. Desai ................ | 79A02–1604–PL–929 | 12/30/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Davis v. State .................. | 16A04–1609–CR–2053 | 12/30/2016 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Harper v. Likens ............... | 84A01–1606–MI–1279 | 12/30/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Havel v. Vaughan & Vaughan .... | 49A02–1605–CT–1101 | 12/30/2016 | BRADFORD, J.<br><br>VAIDIK, C.J.<br>BROWN, J. | Reversed and Remanded to trial court for further proceedings<br>Concurs<br>Concurs |
| Coyle v. State .................. | 36A01–1603–PC–644 | 12/30/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| K.T., In re .................... | 49A02–1605–JT–1127 | 12/30/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| L.P. v. State .................. | 49A04–1606–JV–1472 | 12/30/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |